UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALBERT LEWIS | CIVIL ACTION |
| VERSUS | NO. 22-4476 |
| JOSEPH LOPINTO, ET AL. | SECTION "R" (1) |

## ORDER

On July 12, 2022, plaintiff Albert Lewis, a state pretrial detainee, filed this lawsuit, proceeding *pro se* and *in forma pauperis*, against defendants Joseph Lopinto, Derek Adams, Daniel Lassus, Marc Macaluso, Toni Nguyen, and Wilfred Garrison.[1] Magistrate Judge Janis van Meerveld held a hearing on May 2, 2023, to give plaintiff the opportunity to advise the Court of the nature and factual basis of his claims pursuant to *Spears v. McCotter*, 766 F.2d 179, 181-82 (5th Cir. 1985).[2] At the hearing, Magistrate Judge van Meerveld ordered plaintiff to file an amended complaint clarifying the factual basis for his claims against Macaluso.[3] Plaintiff failed to do so. Thereafter, Magistrate Judge van Meerveld issued a partial Report and Recommendation ("R&R") in which she recommends that plaintiff's claims against Macaluso be dismissed without prejudice, that plaintiff's claims against Nguyen and Garrison be dismissed with prejudice, and that plaintiff's

---

[1]  R. Doc. 1.
[2]  R. Doc. 10.
[3]  *Id.*

claims against Lopinto, Adams, and Lassus remain referred to the Magistrate Judge for further development.[4]

No party objected to the R&R. The Court thus reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc)*, superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1)*; see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error. Therefore, the Court adopts the partial R&R as its opinion.

Accordingly, the Court DISMISSES WITHOUT PREJUDICE plaintiff's claims against Marc Macaluso pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1). The Court DISMISSES WITH PREJUDICE plaintiff's claims against Toni Nguyen and Wilfred Garrison pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i)-(ii) and 1915A(b)(1). Plaintiff's claims against Joseph Lopinto, Derek Adams, and Daniel Lassus will REMAIN REFERRED to Magistrate Judge van Meerveld.

New Orleans, Louisiana, this __25th__ day of September, 2023.

*Sarah Vance*
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[4]   R. Doc. 11.